ABRAHAM GOLDSTEIN, Respondent, *v.* CONNECTICUT
GENERAL LIFE INSURANCE COMPANY, Appellant.
ABRAHAM GOLDSTEIN, Respondent, *v.* MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY, Appellant.
ABRAHAM GOLDSTEIN, Respondent, *v.* FIDELITY MUTUAL
LIFE INSURANCE COMPANY, Appellant.

Argued January 19, 1937; decided March 9, 1937.

*John Bright* and *Abram F. Servin* for appellants.

*William B. Crowell, Harry Cole Bates, Allan E. Brosmith* and *Louis H. Cooke* for Metropolitan Life Insurance Company et al., *amici curiæ.*

*Isadore Rothenberg* for respondent.

*Per Curiam.* The evidence shows that the insured was permanently and totally disabled as defined in the policies. It is, therefore, unnecessary to determine whether the definition formulated by the courts below accurately explained the language of the policies.

The judgments should be affirmed, with one bill of costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Judgments affirmed.